## COVER v. CLAFLIN et al.

### (Circuit Court, S. D. New York. July 3, 1893.)

CIRCUIT COURTS—JURISDICTION—SUIT BY FOREIGN TRUSTEE.

Where, pursuant to 1 Rev. St. Ohio, § 6344, a conveyance in fraud of creditors has been declared void by an Ohio court, and a trustee appointed, to "proceed by due course of law to recover" the property, and administer it for the benefit of creditors, such trustee is vested with the right of property, and may maintain a suit to recover the same in a federal court for another state.

In Equity. Suit by John F. Cover, trustee, against John Claflin and others. On demurrer to the complaint. Demurrer overruled.

Rush Taggart and D. D. Duncan, for plaintiff.
S. F. Kneeland, for defendants.

WHEELER, District Judge. By a statute of Ohio, conveyances in fraud of creditors may be declared void, and a trustee appointed, who "shall proceed by due course of law to recover" the property, and administer it for the benefit of creditors. 1 Rev. St. § 6344. The demurrer here raises the question whether such a trustee in Ohio can maintain a suit for the recovery of such property in this court. Such proceedings appear to vest the right to the property in the trustee. Conrad v. Pancost, 11 Ohio St. 685; Thomas v. Talmadge, 16 Ohio St. 438; Shorten v. Woodrow, 34 Ohio St. 648; Union Bank of Chicago v. Kansas City Bank, 136 U. S. 223, 10 Sup. Ct. Rep. 1013. Having this right, the trustee could sue to enforce it anywhere that he could to enforce his own proper rights, the same as an assignee in bankruptcy could. Lathrop v. Drake, 91 U. S. 516; Claflin v. Houseman, 93 U. S. 130. Demurrer overruled.